**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

November 15, 2012

M. Scotland Morris, Esquire
Simms Showers LLP
20 S Charles Street, Suite 702
Baltimore, MD 21201

    Re:   *United States of America v. Thomas Woodie*
           Criminal No.:  ELH-10-00701-14

Dear Mr. Morris:

    Enclosed please find a copy of a letter I received today from your client, Thomas Woodie, raising concerns about his medical needs.

    At your earliest convenience, I would appreciate it if you would explore this matter on Mr. Woodie's behalf.

                                                       Sincerely,

                                                       /s/
                                                       Ellen Lipton Hollander
                                                       United States District Judge

Enclosure

cc:    Mushtaq Gunja, AUSA
       without enclosure
       Mr. Thomas Woodie
       without enclosure